11090989
3.41
JR

**BRICK, BRICK AND ELMER, P. C.**
ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

Daniel Evans Brick
Kendra S. Vergason
Sabrina M. May
John A. Readling

Anthony W. Brick, Jr.
(1909-1991)

Thomas R. Elmer
(1945-2004)

November 24, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
2nd Floor
Buffalo, NY 14202

RE: Geschwender, Bruce T./Case No.: 05-18714 MJK
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.41. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

✓ \_\_\_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| **Claimant** | Recovery Management Systems Corporation | **Amount** | $3.41 | **Claims Register #** | 7 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |



Daniel E. Brick, Trustee

FILED
NOV 29 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-05-18714-MJK    Doc 36    Filed 11/29/10    Entered 11/29/10 14:29:17    Desc Main
Document      Page 1 of 3

**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

November 22, 2010

Recovery Management Systems Corporation
For GE Money Bank, dba EXXONMOBIL
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-

Re: GESCHWENDER, BRUCE T.
Case No.: 05-18714 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $3.41 representing approximately 3.64% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure

RECEIVED
NOV 29 2010
BANKRUPTCY COURT
BUFFALO, NY

FORM B10 (Official Form 10) (4/01)

| United States Bankruptcy Court Western District of New York, Buffalo Division | | Ch. 7 CHAPTER |
|---|---|---|
| Name of Debtor<br>BRUCE T GESCHWENDER,<br>XXX-XX-6942 | Case Number<br>1-05-18714-MJK | PROOF OF CLAIM<br>(Cases Filed 4/1/01 & After) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>**GE Money Bank**<br>**DBA EXXONMOBIL** | ☐ Check box If you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | # 7 |
|---|---|---|
| Name and Address Where Notices Should be Sent<br>**Recovery Management Systems Corporation**<br>**For GE Money Bank**      256898 - 1742508<br>**25 S.E. 2nd Avenue, Suite 1120**<br>**Miami, Florida 33131**<br><br>Telephone No. (305) 379-7674 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | This space for court use only |

Account or other number by which creditor identifies debtor:
**XXXXXXXXXXXX7491**

Check here if this claim ☐ amends ☐ replaces a previously filed claim dated:

**1. BASIS FOR CLAIM**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other: **Revolving Credit Line**
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number: _____
  Unpaid compensation for services performed
  from _____ to _____

**2. DATE DEBT WAS INCURRED: 1978-2005**

**3. IF COURT JUDGMENT, DATE OBTAINED: Not Applicable**

**4. Total Amount of Claim at Time Case Filed**   $93.65   $0.00   $93.65
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of collateral:
Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

**6. Unsecured Nonpriority Claim _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only party of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan-11 U.S.C. §507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child-11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other--Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9 SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim.

Mail claim To:
Clerk, U.S. Bankruptcy Court
Western District of NY
Buffalo Division
Olympic Towers, Suite 250 300 Pearl Street
Buffalo, NY 14202-2501

NOV 29 2010

| Date:<br>**January 24, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>/s/ Ramesh Singh<br>**Ramesh Singh, Recovery Management Systems Corporation** | This Space Is for Court Use Only<br>BANKRUPTCY COURT<br>BUFFALO, NY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 35